# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 7, 2010

Marilyn Kelly,
Chief Justice

139832

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

JESUBEN ENGELHARDT and LORI
ENGELHARDT,
           Plaintiffs-Appellees,

v

ST. JOHN HEALTH SYSTEM-DETROIT-
MACOMB CAMPUS, d/b/a ST. JOHN
MACOMB HOSPITAL,
           Defendants-Appellants,

and

RAJESH C. BHAGAT, M.D. and
RAJESH C. BHAGAT, M.D., P.C.,
           Defendants.
_____/

SC: 139832
COA: 292143
Macomb CC: 2007-004652-NM

On order of the Court, the application for leave to appeal the September 9, 2009 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 7, 2010

_____
Clerk

d0331